215 So.2d 128

**Moses HALL and Eloise Hall**

v.

**STATE of Louisiana, Through The DE-PARTMENT OF HIGHWAYS.**

No. 49493.

Nov. 15, 1968.

In re: The Department of Highways, State of Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 213 So. 2d 169.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

FOURNET, C. J., and McCALEB, J., are of the opinion that a writ should be granted.